# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1353
_____

DANIEL W. KENNEDY,

Appellant,

v.

RICHARD COMERFORD,
Secretary, Florida Department
of Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Eric Sjostrom, Judge.

July 8, 2026

PER CURIAM.

AFFIRMED. *See* § 921.16(1), Fla. Stat. ("Sentences of imprisonment for offenses not charged in the same indictment, information, or affidavit shall be served consecutively unless the court directs that two or more of the sentences be served concurrently.").

OSTERHAUS, C.J., and ROWE and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Daniel W. Kennedy, pro se, Appellant.

James Uthmeier, Attorney General, and Brian Ronald Flynn-
Fallon, Assistant Attorney General, Tallahassee; Dan Johnson,
General Counsel, Department of Corrections, Tallahassee, for
Appellee.